*Law Office of*
***Donald D. duBoulay, Esq.***
*401 Broadway, Suite 2505*
*New York, New York 10013*

*(212) 966-3970*                                                                                    Fax *(212) 941-7108*

```
September 28, 2010

The Honorable Kiyo A Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Sharif Lowman
    10 Cr. 425(KAM)

Dear Judge Matsumoto:

     Please be advised that I represent Sharif Lowman in the above
referenced matter. After consulting with Mr. Lowman, and with his
consent the defense has concluded that there are no motions that need
be filed in this matter. Thus I will not be filing any pre-trial
motions on behalf of Sharif Lowman in the above referenced case.

     If the Court has any questions I may be reached at (212) 966-3970.


                                             Respectfully submitted,


                                             Donald D. duBoulay

Cc: Melissa B. Marrus, AUSA (via ECF)
    Sharif Lowman
```