

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB                                      *271 Cadman Plaza East*
F.#2009R01925                            *Brooklyn, New York 11201*

                                         February 9, 2011

**<u>Via Hand Delivery and ECF</u>**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

              Re:  United States v. Sharif Lowman
                   <u>Criminal Docket No. 10-425 (KAM)</u>

Dear Judge Matsumoto:

          A status conference in the above-referenced case is
currently scheduled for Friday, February 11, 2011.  The
government and the defendant jointly respectfully request that
conference be adjourned to March 11, 2011, at 11:00 a.m., so that
the parties may continue plea negotiations and be in a better
position to advise the Court of such progress.  The parties
further jointly request that the time until March 11 be excluded
from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(7)(A)
because the interest of justice in resolving this case without
trial outweighs the defendant's and the public's interest in a
speedy trial.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

              By:  _____/s/_____
                        David Bitkower
                        Melissa B. Marrus
                        Assistant U.S. Attorneys
                        (718) 254-6309/6790

cc:  Clerk of the Court (KAM) (by ECF)
     Donald DuBouley, Esq. (via facsimile)